United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| Rogelio Barron and Maria Barron, Individually and On Behalf of Anthony Barron,   Plaintiffs, <br><br> v. <br><br> United States of America,   Defendant. | No. 5:18-CV-001184-DAE |

## Order Amending Scheduling Order

Before the Court is the Joint Motion to Extend the Scheduling Order Deadlines filed March 30, 2020 (Dkt. # 46). The Court finds the motion has merit, good cause exists for the extension of the deadline, and the joint motion should be granted.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion to Extend Scheduling Order Deadlines (Dkt. # 46) is GRANTED such that the Scheduling Order filed on March 15, 2019 (Dkt. # 14) is amended as follows:

4.    Parties resisting claims for relief shall file their designation testifying experts and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **May 30, 2020**. All designations of rebuttal experts shall be designated within 30 days of receipt of the report of the opposing expert; or (b) after the opposing expert's deposition is (1) signed or (2) certified (with or without changes), whichever date is later.

6.    The parties shall complete all discovery on or before **August 28, 2020.** Counsel may by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7.    All dipositive motions shall be filed no later than **September 30, 2020.** Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to

20 pages in length.

8.      The parties shall participate in mediation of this case in good faith no later than

**September 16, 2020**.

Except for the changes indicated above, the Scheduling Order filed October 28, 2019 (Dkt.

# 32), remains in effect as issued.

It is so **ORDERED**.


Signed this _ 31 _ day of ___ March _____, 2020


_____
David Alan Ezra
Senior United States District Judge