

**United States Department of Justice**
United States Attorney's Office
Western District of Texas

---

*James F. Gilligan*            *601 N. W. Loop 410, Suite 600*      *Direct Line: (210) 384-7345*
*Assistant United States Attorney*   *San Antonio, Texas 78216*        *Facsimile:  (210) 384-7312*

June 11, 2020

**Via: ECF**
United States District Clerk's Office
655 E. Cesar E. Chavez Blvd. Room G-65
San Antonio, TX 78206

> Re:    Vacation Letter; Civil Action No. SA-18-CV-1184-DAE
> ***Rogelio Barron, et.al. v. United States of America***

Ladies & Gentlemen:

Please be advised that I am unavailable on the dates below.

- June 29, 2020 through July 3, 2020

Please extend me the professional courtesy of not scheduling any hearings, trials or other matters connected to this case during the days listed above.

Thank you for your attention to this matter.

Sincerely,

John F. Bash
United States Attorney

By:    */s/James F. Gilligan*
James F. Gilligan
Assistant United States Attorney
State Bar No. 07941200
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Tel. (210) 384-7345
Fax (210) 384-7312
jim.gilligan@usdoj.gov

cc:  **Via ECF**
Jay L. Winckler